UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HARVEY OTTOVICH, et al.,

    Plaintiffs,

v.

DARRELL HARRIS, et al.,

    Defendants.

Case No. 14-cv-05526-EDL

**ORDER FOR REASSIGNMENT**

In view of the Report and Recommendation filed on January 9, 2015, the clerk shall REASSIGN the above-captioned case immediately to a district court judge.

**IT IS SO ORDERED**.

Dated: January 12, 2015

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge